IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OSCAR GUTIERREZ RODRIGUEZ,       )
                                 )
              Plaintiff,         )
                                 )
    v.                           )   No. 06 C 6454
                                 )      (03 CR 1071)
UNITED STATES OF AMERICA,        )
                                 )
              Defendant.         )

MEMORANDUM ORDER

As the result of the United States' February 8, 2007 supplemental response to the motion by Oscar Gutierrez Rodriguez ("Gutierrez") for the return of certain property--in this instance two cell phones, the only items remaining unresolved after this Court's January 16 memorandum order--it is clear that Gutierrez' motion for the return of those cellphones must be denied as well. What the government's supplemental response reflects is that the DEA has receipts showing that <u>all</u> cell phones seized from any of the defendants in the underlying criminal case were returned to attorney Anthony Schumann. Accordingly the remaining aspect of Gutierrez' motion for return of property (Dkt. No. 1) is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 12, 2007